UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 14-10051 GMB

Debtor: Susan M. Campbell

| Check Number | Creditor | Amount |
|---|---|---|
| 1858024 | Bank of America, N.A. | 1331.09 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   September 10, 2014